No. 99–8746. HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–8747. EARLS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–8748. GARCIA-HERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–8753. FILLER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–8754. GONZALEZ-MIRANDA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–8755. HOOK v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–8758. BURKHALTER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–8759. CADENA-GUERRERO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–8774. DOMINGUEZ-CARMONA v. UNITED STATES; and
No. 99–8775. HERNANDEZ-VILLANUEVA v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 202 F. 3d 283.

No. 99–1248. COOK GROUP, INC., ET AL. v. WILSON ET AL. C. A. 4th Cir. Motion of petitioners for leave to file sealed and trade secret materials from proceedings below under seal granted. Certiorari denied.

No. 99–1368. CITY OF AUSTIN v. SOUTHWESTERN BELL VIDEO SERVICES, INC. C. A. 5th Cir. Motion of National Association of Telecommunications Officers and Advisors et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 99–1500. CALDERON, WARDEN v. McDOWELL. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.